**Grant HARRISON, Nancy Nemhauser, Plaintiffs–Appellants,**

v.

**Barbara PALMER, Defendant– Appellee.**

No. 14–15412.

United States Court of Appeals, Eleventh Circuit.

Oct. 20, 2015.

Alice K. Nelson, Kirsten Noelle Clanton, Jodi Siegel, Southern Legal Counsel, Inc., Gainesville, FL, for Plaintiffs–Appellants.

Adam Scott Tanenbaum, William Kirby Bissell, Albert J. Bowden, III, Office of the Attorney General, Tallahassee, FL, for Defendant–Appellee.

Before TJOFLAT and HULL, Circuit Judges, and HALL,* District Judge.

PER CURIAM:

After review of the record and with the benefit of oral argument by counsel for the parties, this Court finds no reversible error in the district court's November 5, 2014 order (1) granting defendant Barbara Palmer's motion for summary judgment with respect to plaintiffs Grant Harrison

gia, sitting by designation.

and Nancy Nemhauser's claims against de-fendant Palmer, in her official capacity as Director of the Florida Agency for Persons with Disabilities, under 42 U.S.C. § 1983, seeking declaratory and injunctive relief for violations of Harrison and Nemhauser's procedural due process rights, and (2) denying plaintiffs Harrison and Nemhauser's motion for summary judgment with respect to these claims. Accordingly, we affirm the district court's final judgment in favor of defendant Palmer on plaintiffs' claims.

**AFFIRMED.**